IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

IN RE: TERRY WAYNE LEOPOLD  CASE NO. 15-50814
JANICE A. LEOPOLD  REOPENED CHAPTER 7

## TRUSTEE'S NOTICE OF ASSETS

COMES NOW, the undersigned Trustee for the above captioned case and states that although the case was previously noticed to parties in interest as a no-asset case, the Trustee has discovered assets which may result in a distribution of the estate;

THEREFORE, it is requested that a notice to file claims should be mailed to all creditors of record.

*/s/ Elizabeth G. Andrus*
ELIZABETH G. ANDRUS